IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANNETTE DICKS,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROLYN COLVIN,<br><br>            Defendant. | CIVIL ACTION<br>NO. 13-4038 |

## ORDER

**AND NOW**, this 25th day of August 2015, upon careful consideration of the Report and Recommendation filed by United States Magistrate Judge Carol Sandra Moore Wells (Doc. No. 13), and upon independent review of the briefs filed by the parties, it is hereby **ORDERED** that:

1. The Report and Recommendation (Doc. No. 13) is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for review is **DENIED**; and

3. Judgment in this matter is entered in favor of **DEFENDANT**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.